# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| EFREN CALDERAS MEZA | ) | 2:22-mj-0024 KJN |
| A.K.A. EPHRAIM MEZA CALDERAS | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

**FILED**
Feb 14, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 8, 1986__ in the county of __Sutter__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| **18 U.S.C. § 1073** | **Unlawful flight to avoid prosecution** |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

/s/ Matthew C. Catalano

*Complainant's signature*

Matthew C. Catalano, Special Agent,
Federal Bureau of Investigation

*Printed name and title*

Sworn to me and signed via telephone.

Date: February 14, 2022

*Judge's signature*

City and state: Sacramento, California

Kendall J. Newman, U.S. Magistrate Judge

*Printed name and title*