PHILLIP A. TALBERT
United States Attorney
NICHOLAS M. FOGG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

**FILED**
Feb 24, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-MJ-0024-KJN |
| Plaintiff, | ORDER TO PARTIALLY UNSEAL MATTER |
| v. | |
| EFREN CALDERAS MEZA, A.K.A. EPHRAIM MEZA CALDERAS, | |
| Defendant. | |

Pursuant to Local Rule 141(f) and good cause having been shown, IT IS HEREBY ORDERED that this matter is unsealed in part.  This matter is ordered to be unsealed, except that the affidavit in support of the arrest warrant and complaint shall remain SEALED until further order of this Court.

IT IS SO ORDERED.

Dated:  February 24, 2022

_____
THE HONORABLE CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO PARTIALLY UNSEAL MATTER        1